**Exhibit A to the Complaint**

**Location:** Somerville, NJ  
**Total Works Infringed:** 29

**IP Address:** 71.104.34.33  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 315439578DBF1165A0A1701A0EEE500C1CA1BB14<br>File Hash: 0BE3C9F1C036AE37A82FDB378925ABD6BFA517D4468C0B68964404553ED76343 | 11-12-2021 03:39:29 | Vixen | 11-05-2021 | 11-11-2021 | PA0002321282 |
| 2 | Info Hash: 770DCB065A0196B2E499949440450A1E42E83629<br>File Hash: C453B0FEC7FED757E0867594876655038C7F75E5666B23F8452EC668D0F87D04 | 10-31-2021 22:04:34 | Blacked | 10-30-2021 | 11-11-2021 | PA0002321300 |
| 3 | Info Hash: 74CBBECB65F29E12AD4C298A7847D411F3328408<br>File Hash: 51C06A72BC81839AFE52CF59D3EA29D620F3C5F703145F8900B39B3043EB60CE | 09-15-2021 07:03:52 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |
| 4 | Info Hash: CF168894F7F445F38B0B71F9B642165BE4644DFA<br>File Hash: DE463AC0FCB8087227ABC9E4AC4B6867B826319FF5F817EAC4ECF2B2FF5834D5 | 09-15-2021 03:12:38 | Vixen | 09-13-2021 | 09-30-2021 | PA0002319739 |
| 5 | Info Hash: 1B4B544AFA1483402E865B3E9DF0529ADC9F6B7B<br>File Hash: 442C67665A703B7BECAB599735FA341ACA1933394A163D644B87E19EE5DE162D | 09-15-2021 03:12:30 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 6 | Info Hash: 49C1B173E18286C74CA83603EE67541861AC53AC<br>File Hash: D63D7FC2F1C3FDCD303F6DC6A81308178C09B6AE9023E2C97A4943AD6F3D69F8 | 09-15-2021 03:11:35 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 7 | Info Hash: 5143001E64B720F5AC774760031A3DF4EA4BAA9B<br>File Hash: 1796D94D891EAAF1225A4D224E12787274F5269207BA303C24E84A1546ECCD15 | 09-08-2021 15:19:34 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |
| 8 | Info Hash: C227895A35ADAF08CE8A8ABD9EC70F2F048E0BA0<br>File Hash: F69F1459C7FD305378766E843698621C0DACF5D55787DF9EEF9CDACB131647E4 | 09-08-2021 08:33:39 | Blacked Raw | 09-06-2021 | 09-21-2021 | PA0002312674 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 3D596AFFD7052A50EBACCCF34074AE149FEBB0C2<br>File Hash: 0326D1D9C7DB690DE9C12831581B36DD5B4347EF393B08A270AFB6138824E0EA | 06-22-2021 01:01:40 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |
| 10 | Info Hash: 890F9110E4965F86A3B79D3B93024D3743EC24E8<br>File Hash: DD0DFBDFA53637D837CE79705107E47F5E01E3ED8E855C84B3FAB3C015C66A58 | 06-04-2021 01:06:48 | Blacked | 05-15-2021 | 06-09-2021 | PA0002295594 |
| 11 | Info Hash: 82081328BAE0753CF6E9D1ACCC15E1337F74C084<br>File Hash: C3652F73BD16160358E5AAF919BD5DC3B56BA9E0FE2CB8AE877F4BAB6B9FBFFC | 05-30-2021 05:50:57 | Blacked Raw | 05-17-2021 | 06-03-2021 | PA0002299687 |
| 12 | Info Hash: 6438F0772021E1CC3B424B5473C7B33E721935AC<br>File Hash: F24E310E89882D63EB8372AE12F5BD9D5DDB72E3A8DF9A367C7990100B96F466 | 05-24-2021 01:18:05 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 13 | Info Hash: 418313B7CC0E45E7364425BBCE0ED2C177B7F95E<br>File Hash: 33E1D840721B5A39C483C67FB09BC4DA01AED0C78101DDA40F49287706E4E76B | 05-18-2021 21:42:52 | Blacked | 05-01-2021 | 06-09-2021 | PA0002295604 |
| 14 | Info Hash: 34331078EE2AEE0E5801158BCAF7C0FAED78BDB0<br>File Hash: 26A40582EC5A7DF639F1DFC38449BA3E544ED1F28C8A0068646D196572E3019B | 05-12-2021 05:57:49 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 15 | Info Hash: FDCC61E339EFD820B4F29F4A4405F460B0A01368<br>File Hash: A6E0B94C9614A3B3A7757C71DE16C9C3D961030583F7C8285DAD170A0F0C431B | 04-25-2021 09:20:15 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |
| 16 | Info Hash: 5A5A386D247C55F9F5A5CC9CBEF4E408B996A7FE<br>File Hash: 07474B7BD6BBA056FCA31DE6898C16B41654697B82865EEC9831927992159987 | 04-22-2021 01:23:26 | Tushy | 03-28-2021 | 04-27-2021 | PA0002288947 |
| 17 | Info Hash: 05F182E8C4BA9BD9AFA4E299D1A59A537ABEC083<br>File Hash: 5A9629BD9998889373B3711AE73D36AA68B5493EED9C8A9F6343DCED00AFFE51 | 04-20-2021 14:13:04 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: A8B5C7C61C97B38889187F2B5219E0F378374AC4<br>File Hash: C086EF57A8C4245D8EC8A9668B1EF784179F1FAC1C7549BF1885056DD6C44E30 | 02-26-2021 01:20:27 | Blacked | 12-16-2017 | 01-24-2018 | PA0002101762 |
| 19 | Info Hash: 1C6F4FA9ACB3B4E5B60430B3909F41BB012F6E95<br>File Hash: 00E0F33B2BFB37B93D6505165778A21F7BF380F3C80712678F32632B9425098C | 02-10-2021 19:26:25 | Blacked | 11-21-2018 | 01-22-2019 | PA0002149833 |
| 20 | Info Hash: C9C4D8C22A67CCF9BBB860819A6F5A5C78D3CA18<br>File Hash: A693238DCB3A6CC461BF4AACD81A4B69CCE146BDACFAE714D2A293BDD4F68124 | 02-01-2021 05:24:46 | Vixen | 03-04-2020 | 04-17-2020 | PA0002246168 |
| 21 | Info Hash: AF95C243E711AF8CF3E6D44A5B2B4313752DB11B<br>File Hash: 3F443021C100F521908AAF191702CD5627F214F8A57F1D98F190D9D810A32872 | 01-26-2021 02:05:36 | Blacked | 11-21-2020 | 11-30-2020 | PA0002266354 |
| 22 | Info Hash: 29206E8494C7112301E1D099FE916C7A7DB053F8<br>File Hash: B02FD5257A4AC59BAC4350CF2F4A30F9B7BC11087B4B35B6F4873C50B656E26C | 01-15-2021 21:54:22 | Blacked Raw | 12-18-2017 | 01-23-2018 | PA0002101753 |
| 23 | Info Hash: 25B21825FDDD326285817D5BFE5C8D177C46F514<br>File Hash: F21F94696B0F2A2652945488B0FBD0909454D758FA49D86F8B18992263EEC560 | 01-15-2021 03:35:41 | Blacked Raw | 06-26-2018 | 08-07-2018 | PA0002131867 |
| 24 | Info Hash: 76410192566CD1F9984A94F1230209D829F0A953<br>File Hash: 6DA623F1C262E476765ABD52677791F37DEE653334B9E008C127DDFE8C34AEB6 | 01-13-2021 05:26:52 | Blacked | 08-03-2018 | 09-01-2018 | PA0002119596 |
| 25 | Info Hash: DC8504659653D361A72EC186D0D2DDC7A3B1560D<br>File Hash: 6CBEEBFB892329DEAE2B086F497E318CE1F802AD8E6CB8965FE187E8EE6EAED9 | 12-23-2020 03:10:12 | Blacked | 12-20-2018 | 02-02-2019 | PA0002154970 |
| 26 | Info Hash: D06E36526EC148776A8EEF0C7B1B0102DA46B8D2<br>File Hash: 497CD68348819D282EBBCBCD51156FF25A2E7F560204B4FF1F81261D2EE85172 | 12-23-2020 02:48:49 | Blacked | 03-21-2019 | 04-17-2019 | PA0002186999 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: DB9D81E2070116E14A369E302512977A203EB939<br>File Hash: 66F36417F3E9080FFD22E54D4F0581E028B85DDC7FC604D22F77E4531C927F5E | 12-14-2020 18:19:40 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 28 | Info Hash: 1C966A387E08B145A88C1F73848890F5050CE545<br>File Hash: 7E4401B1CA6904D1072107E39E59ADD2B051CAAE6A3392EC3B852DD722ABB416 | 12-02-2020 18:00:57 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |
| 29 | Info Hash: 3213C1B60853D862D3017D7A7CF45B946166237A<br>File Hash: A949F6C46818DC5CE1EA29222AD83B720A868D2E62837F7E476618BB5C635947 | 11-26-2020 00:55:21 | Vixen | 11-20-2020 | 11-30-2020 | PA0002266357 |